IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUDREY EDWARD o/b/o L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10cv165-CSC |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered this date in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner denying benefits be and is hereby REVERSED and that this case be and is hereby REMANDED to the Commissioner for further proceedings consistent with the Memorandum Opinion.

Done this 12TH day of August, 2011.

          /s/Charles S. Coody
          CHARLES S. COODY
          UNITED STATES MAGISTRATE JUDGE